**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| STEVEN MICHAEL DAVIS II, | § | CASE NO. 12-41378-RFN-11 |
| Debtor | § | CHAPTER 11 |
| | § | |
| | § | |

**CERTIFICATE OF DEFAULT PURSUANT TO TERMS OF ORDER**
**CONFIRMING DEBTOR'S PLAN OF REORGANIZATION**
**DATED FEBRUARY 1, 2013, AS MODIFIED**
(Property known as 10805 Elmhurst, Fort Worth, Texas 76248)

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Ditech Financial LLC aka Green Tree Servicing LLC, their successors and/or assigns ("Creditor"), a secured creditor, to file this *Certificate of Default Pursuant to Terms of Order Confirming Debtor's Plan of Reorganization dated February 1, 2013, as Modified* against Steven Michael Davis II ("Debtor").  Debtor has defaulted under the terms of his confirmed Chapter 11 Plan of Reorganization in this case with respect to repayment of Creditor's secured debt.  Proper notice of the defaults was given on July 28, 2015 to Debtor, but Debtor failed to cure the defaults arising under thereunder.  Therefore, Creditor hereby issues this *Certificate of Default.*

Respectfully Submitted,

By: /s/ June A. Mann
June A. Mann / TBA No. 12928400
Of Counsel, Johnson & Silver, LLP
5555 West Loop South, Suite 240
Bellaire, Texas 77401
(713) 893-8961 (Direct)
(281) 500-6995 (Facsimile)
ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Certificate of Default* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail as stated herein on September 29, 2015. Prior to the issuance of the *Certificate of Default,* the undersigned counsel communicated with Debtor's counsel regarding the defaults.

/s/ June A. Mann
June A. Mann

**DEBTOR'S ATTORNEY**
**(via electronic notice)**
Joyce W. Lindauer
12720 Hillcrest Road Suite 625
Dallas, TX 75230

**U. S. TRUSTEE**
**(via electronic notice)**
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

**DEBTOR**
**(via first class mail)**
Steven Michael Davis II
P.O. Box 991
Keller, TX 76244

**INTERESTED PARTY**
**(via first class mail)**
Belinda Y. Davis
P.O. Box 991
Keller, TX 76244

**PARTIES REQUESTING NOTICE**
**AND OTHER INTERESTED PARTIES**
**(via electronic notice if so designated**
**For receipt of such in CM/ECF)**

# Delaware

PAGE 1

### The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,*

*"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,*

*WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.*

*2458190  8100M*

*151168309*

*You may verify this certificate online at corp.delaware.gov/authver.shtml*

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: *2641973*

DATE: *08-13-15*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:35 PM 08/13/2015*
*FILED 01:35 PM 08/13/2015*
*SRV 151168309 - 2458190 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

**IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: *[signature]*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*